UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS,
          Plaintiff,

   v.                                   Case No. 03-C-415

THE MASON AND DIXON LINES, INC.,
TRUCKERS EXPRESS, INC. and
MECHANIC'S LIMITED, INC.,
          Defendant.

**ORDER**

Defendant has moved for the publication of certain orders entered in this case. Although the issues raised therein were somewhat novel, I do not conclude that they merit being submitted for publication in the Federal Supplement. Although it is possible they could constitute useful and persuasive precedent in other cases, that is a role they can serve equally well by being submitted as exhibits in such cases, a practice common in this court.

Accordingly, the motion to publish is denied.

**SO ORDERED** this   13th   day of February, 2006.

                                          s/ William C. Griesbach
                                          William C. Griesbach
                                          United States District Judge